# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

**WESTERN DIVISION**

LYNN B. MCNEELEY, JR., )
    Plaintiff, )
)
v. )
)
) **JUDGMENT IN A CIVIL CASE**
MICHAEL J. ASTRUE, ) **CASE NO. 5:11-CV-609-D**
*Commissioner of Social Security*, )
    Defendant. )

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 13] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 16] is GRANTED, Defendant's final decision is AFFIRMED, and this action is DISMISSED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **FEBRUARY 11, 2013,** WITH A COPY TO:

Elizabeth F. Lunn (via CM/ECF electronic notification)
Wanda D. Mason (via CM/ECF electronic notification)

| | |
|---|---|
| | JULIE A. RICHARDS, Clerk |
| February 11, 2013 | |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |